AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NELNET PROGRAM, and ANTONIO DESHONE DOOLEY,

    Plaintiffs,

v.

ANTONIO D. DOOLEY,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 424-091

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated May 29, 2024, Dooley's Complaint is dismissed without prejudice and all pending motions are dismissed as moot. This case stands closed.

Approved by: _/s/ Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

5/29/24
Date

John E. Triplett, Clerk of Court
Clerk

_/s/ Jamie Hodge_
(By) Deputy Clerk

GAS Rev 10/2020